

Aman Kumar <amankr@bu.edu>

## Service Item Number: 41881171

1 message

**USCIS No Reply** <no-reply@uscis.dhs.gov>                     Thu, Jan 15, 2026 at 5:12 PM
To: "amankr@bu.edu" <amankr@bu.edu>



**U.S. Citizenship and Immigration Services**

Dear AMAN KUMAR,

Thank you for your inquiry dated January 06, 2026.

We have determined that your situation and evidence meets the minimum criteria for your expedite request to be forwarded to the office with jurisdiction over your case. **Please Note:** This does not mean your case will be expedited, as that decision will be made by the reviewing office. As such, the reviewing office may request additional documentation to support expedited processing. Also, if your documentation is in any language other than English, it must be accompanied by a Certified English Translation.

The referral ID for this inquiry is **WKD0152603731TSC**. The Texas Service Center will contact you concerning your case once they have reviewed your inquiry. Please allow the USCIS office 30 days to contact you through email.

**Please Note:** If your expedite request is denied, please do not submit another expedite request for the same reason if your circumstances have not changed since your last request. For more information and examples, please visit our Expedite Request webpage at www.uscis.gov/forms/filing-guidance/how-to-make-an-expedite-request.

If you need more assistance with your USCIS online account, you can send USCIS Contact Center a secure message from your inbox located under the **MyAccount** menu. If you are having technical issues with accessing your account, go to my.uscis.gov/account/v1/needhelp to submit a request for assistance.

If you haven't done so already, visit myaccount.uscis.gov to sign up for a USCIS online account where you can explore filing online, send us secure messages through your account inbox and get instant updates on the status of your case. If you have any other questions, please visit the USCIS Contact Center, where you can access our online tools 24/7.

If you move, you must update your address in the USCIS online account within 10 days, or you can download Form AR-11, Alien's Change of Address Card at uscis.gov/addresschange to submit a paper copy.

*This mailbox is not monitored for incoming messages. Please do not reply to this message.*

ref:_00DG0hO5S._500SJ00000x03P0:ref