**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

AMAN KUMAR,

     Plaintiff,

     v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,
         Defendants.

Civil Action No. 26-cv-10470-AK

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby gives notice that he voluntarily dismisses this action in its entirety, without prejudice, parties to bear their own costs and attorney's fees.  Plaintiff has received notice of Defendants' adjudication of his Form I-765 application.

Respectfully submitted,

PLAINTIFF,
By his counsel

Dated: April 20, 2026         By:    */s/ Kerry E. Doyle*
                        Kerry E. Doyle (BBO No. 565648)
                        Partner
                        Green and Spiegel-US
                        1524 Delaney Street, 4th Floor
                        Philadelphia, PA, MA 09102
                        (617) 216-1248
                        Office Tel: (215) 395-8959
                        kdoyle@gands-us.com

1

## CERTIFICATE OF SERVICE

I, Kerry E. Doyle, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 20, 2026            By:            */s/ Kerry E. Doyle*
                                                Kerry E. Doyle